IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| LARRY S. MELTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | No. 02-1242-T |
| | ) | |
| JOHN JEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| JOHN JEWELL, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | No. 03-1271-T |
| | ) | |
| BLANKENSHIP/MELTON AVIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

These consolidated cases are hereby assigned to Magistrate Judge Tu M. Pham.

IT IS SO ORDERED.

*James D. Todd*
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

20 April 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 4/20/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

John Booth Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Honorable James Todd
US DISTRICT COURT