# IN THE UNITED STATE DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**LARRY MELTON,**
**JOHNNY MELTON and**
**BLANKENSHIP/MELTON AVIATION, INC.**

PLAINTIFFS

vs.                                        Civil Action Number: 02-1242

**JOHN JEWELL, Individually,**
**JOHN JEWELL AIRCRAFT, INC.,**
**and SHAWN JEWELL**                       DEFENDANTS

## AGREED ORDER OF DISMISSAL

Whereas the Parties have agreed, by and through their attorney of record, that case styled, John Edward Jewell, Shawn Edward Jewell, and John Jewell Aircraft, Inc., Plaintiffs, v. Blankenship / Melton Aviation, Inc., *Et Al.*, Defendants, previously pending in the United States District for the Northern District of Mississippi, Western Division, Civil Action No. 3:03-cv-041-SSA, and consolidated with this cause by order of U. S. District Court Judge James D. Todd dated December 9, 2003, should be dismissed; and,

Whereas the Court concurs that dismissal of that portion of this litigation is proper; NOW THEREFORE, IT IS ORDERED that the same be dismissed with each party bearing their own costs.

Ordered this the 9th day of May, 2005.

U. S. District Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5|10|05

59

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on June 6, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT