IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.
05 SEP -8 AM 10:49

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, JACKSON

LARRY S. MELTON, et al., )
)
Plaintiffs, )
)
vs. ) Civ. No. <u>02-1242-T/P</u>
)
JOHN JEWELL, et al., )
)
Defendant. )
)

## ORDER DENYING PLAINTIFFS' MOTION TO CLARIFY ORDER GRANTING DEFENDANTS' MOTION TO COMPEL

Before the court is plaintiffs' Motion to Clarify Order Granting Defendants' Motion to Compel, filed August 19, 2005, (dkt #71). Plaintiff's motion appears to address issues that could have been raised by plaintiffs in their response to defendants' motion to compel; however, no such response was ever timely filed with the court. The order is clear and unambiguous, and therefore, the motion for clarification is DENIED.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 2, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  9-8-05

74

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 74 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on September 8, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT