IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| LARRY S. MELTON, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: <u>02-1242-T/P</u> |
| | ) | |
| JOHN JEWELL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DISCOVERY WITHIN WHICH TO TAKE DEPOSITIONS**

Before the court is plaintiffs, Larry S. Melton, Johnny Melton, and Blankenship/Melton Aviation, Inc.'s Unopposed Motion for Extension of Discovery Within Which to Take Depositions, filed September 26, 2005. For good cause shown and no opposition to, the motion is hereby GRANTED. Plaintiffs shall have up to and including October 14, 2005, to depose two witnesses.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

September 27, 2005
Date


This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 9/30/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 82 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on September 30, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT