IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| LARRY S. MELTON, *et. al.*, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) No. 1:02-1242-T-P |
| | ) |
| JOHN JEWELL, individually, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

ORDER CONTINUING TRIAL DATE AND RE-SETTING DEADLINE FOR PRE-TRIAL ORDER

This matter is currently set for trial on November 14, 2005. The current deadline for the submission of a joint pre-trial order is November 4, 2005. (dkt. 63). On October 3, 2005, Defendants filed a motion to dismiss. On October 11, 2005, Defendants filed a second motion to dismiss. Plaintiffs have responded to both motions. The motions are based on the parties' ongoing discovery disputes. The pendency of these motions, along with the memoranda and the voluminous attachments submitted with the motions, makes a November 14, 2005, trial date unrealistic.

Accordingly, the court ORDERS that the trial of this case is re-set for **Monday, February 27, 2006, at 9:30 a.m.** The court also ORDERS that the parties shall submit a

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11/2/05

joint pre-trial order no later than **Friday, February 17, 2006.**

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

_28 October 2005_
DATE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 104 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on November 2, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce Street
Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT