# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### EASTERN DIVISION

LARRY S. MELTON, et al.,

    Plaintiffs,

VS.                                                          No. 02-1242-T-P

JOHN JEWELL, et al.,

    Defendants.

## ORDER OF REFERENCE

Defendants' Motion in Limine to Exclude Testimony of Plaintiffs' Expert Mr. David Lowe is hereby referred to United States Magistrate Judge Tu Pham for disposition.

IT IS SO ORDERED.

_____
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

30 November 2005
DATE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 12/2/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 120 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce St., Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT