IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LARRY MELTON, JOHN MELTON )
BLANKENSHIP/MELTON AVIATION, )
INC., )
        )
        Plaintiffs, )
        )
VS. )        No. 02-1242-T-An
        )
JOHN JEWELL, et al., )
        )
        Defendants. )

---

ORDER

---

Plaintiffs have filed a motion, seeking to be allowed to take the depositions of Harry

McGee and Melvin Athey, FAA inspectors, on January 11, 2006. Because the motion

response time allowed by the Local Rules of this court extends beyond the date set for the

depositions, the response time is hereby shortened to seven (7) days. If Defendants object

to Plaintiffs' motion, they must file their response, setting forth the grounds for their

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on ___12/27/05___

opposition, no later than seven days from the entry of this order.

IT IS SO ORDERED.

JAMES D. TODD
UNITED STATES DISTRICT JUDGE

27 December 2005
DATE

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 124 in case 1:02-CV-01242 was distributed by fax, mail, or direct printing on December 27, 2005 to the parties listed.

---

George S. Pethoff
PETHOFF AND ASSOCIATES
Washington Courtyard
305 Washington Avenue
Memphis, TN 38103

Daniel D. Warlick
LAW OFFICE OF DAN WARLICK
611 Commerce St., Ste. 2712
Nashville, TN 37203

Honorable James Todd
US DISTRICT COURT